| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

CHARLES P. COSGROVE, §
　　　　　　　　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　　　　　　　　§
*versus* § CIVIL ACTION NO. 1:07-CV-378
　　　　　　　　　　　　　　　　§
KANSAS DEP'T OF SOCIAL & §
REHABILITATION SERVICES, *et al.*, §
　　　　　　　　　　　　　　　　§
　　　　Defendants. §

**MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

　　　　Plaintiff Charles P. Cosgrove, an inmate confined at the United States Penitentiary in Beaumont, Texas, proceeding *pro se*, filed this civil rights action against the Kansas Department of Social and Rehabilitation Services, Donna Whiteman, Michael Vanlandingham, Lois Mitchell, Sydney Kraft, Alberta Brumley, Delmar Brumley, and unidentified defendants.

　　　　The court ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends dismissing the case without prejudice for want of prosecution, pursuant to Federal Rule of Civil Procedure 41(b).

　　　　The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 6th day of November, 2007.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE